United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO:     District Judge Thomas M. Rose, and District Judge Walter H. Rice

FROM:   Phil Butler                    , Case Administrator

DATE:   July 25, 2018

SUBJECT:   Case Caption:   Nicholas Alston v. Phil Plummer

CASE:   Case Number:  3:18-cv-247

DISTRICT JUDGE:        Thomas M. Rose

                       File Date:   July 25, 2017

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:   **Larry Watson**

Case Number:   **3: 89-cv-36**              District Judge:   **Walter H. Rice**

File Date:       **January 19, 1989**        Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:                                District Judge:

File Date:                                  Magistrate Judge:

The District Judges having conferred, we respond to Case Administrator   **Phil Butler**
as follows:

**Judges' Response:**

☐   We agree that the cases are **not** related and that the subject case should remain
with the Judge to whom it is assigned.

☑   We agree that the cases **are** related and that the subject case should be
transferred to the docket of Judge   Rice

☐   We agree that although the cases **are** related, the subject case nevertheless should
remain with the Judge to whom it was assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

☐   I am the Judge on both/all of the listed cases and have determined that the cases
are **not** related.

☐   I am the Judge on both/all of the listed cases and have determined that the cases
**are** related and they shall both/all remain on my docket.

☐   Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc:  Courtroom Deputies