IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NICHOLAS ALSTON, etc., *et al.*,

    Plaintiffs,

vs.

PHIL PLUMMER, Sheriff of Montgomery County, Ohio

    Defendant.

Case No. 3:18cv247

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING PLAINTIFFS' MOTION FOR IMMEDIATE INSPECTION OF MONTGOMERY COUNTY JAIL (DOC. #3), WITHOUT PREJUDICE TO RENEWAL BASED UPON FUTURE EVENTS

---

Pursuant to the reasoning expressed by this Court during an August 7, 2018, telephone conference call, the Plaintiffs' Motion for an Immediate Inspection of the Montgomery County Jail (Doc. #3) is overruled, without prejudice to renewal should Plaintiffs choose to file either a motion for Temporary Restraining Order or for Preliminary Injunction

As discussed during the aforementioned telephone conference call, a Motion for an Immediate Inspection is likened to a Motion for View of the Scene. As such, the inspection/view is not evidence; rather, the sole purpose is to help the trier(s) of fact better understand the evidence as it is presented during either a hearing or trial. Without the pendency of a proceeding, requiring the introduction of testimony, exhibits or other evidence, the inspection/view serves no purpose. Should Plaintiffs choose to file a Motion for Temporary Restraining Order and/or a

Motion for Preliminary Injunction, requiring a hearing in open Court, Plaintiffs may renew their Motion for Immediate Inspection/View.

August 10, 2018

/s/ Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record