IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NICHOLAS ALSTON, *et al.*,

    Plaintiffs,

v.

PHIL PLUMMER, Sheriff of Montgomery County, Ohio,

    Defendant.

Case No. 3:18-cv-247

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT PHIL PLUMMER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (DOC. #25)

---

On September 21, 2018, Defendant Sheriff Phil Plummer filed a Motion to Dismiss Plaintiff's Complaint, Doc. #25. On October 12, 2018, Plaintiffs filed an Amended Complaint, Doc. #28. Accordingly, Defendant's Motion to Dismiss the original Complaint is OVERRULED AS MOOT.

Date: October 23, 2018

                                              WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE