IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NICHOLAS ALSTON, *et al.*,

    Plaintiffs,

v.

PHIL PLUMMER,

    Defendant.

Case No. 3:18-cv-247

JUDGE WALTER H. RICE

DECISION AND ENTRY SUSTAINING PLAINTIFFS' UNOPPOSED MOTION IN LIMINE TO ADMIT THE REPORT OF CGL COMPANIES AS AN EXCEPTION TO THE HEARSAY RULE PURSUANT TO FEDERAL RULE OF EVIDENCE 803(8)(A)(iii) (DOC. #40)

As discussed during the conference call held on November 26, 2018, the Court SUSTAINS Plaintiffs' Motion in Limine to Admit the Report of CGL Companies as an Exception to the Hearsay Rule Pursuant to Fed. R. Evid. 803(8)(A)(iii), the public records exception. Doc. #40.

During the conference call, counsel for Defendant stipulated to the authenticity of this Report and indicated that she had no objections to Plaintiffs' use of the Report at the Preliminary Injunction Hearing. She did, however, reserve the right to object with respect to its relevancy. In addition, she noted that Defendant did not stipulate to the authenticity or admissibility of the slides and email messages related to the Report. This was to be the subject of further

discussions between counsel and will be revisited during the conference call scheduled for 4:00 p.m. on November 29, 2018.

Date: November 28, 2018

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE