IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NICHOLAS ALSTON, etc., *et al.*,    :

    Plaintiffs,    :

vs.    :    Case No.  3:18cv247

PHIL PLUMMER, Sheriff of Montgomery    :    JUDGE WALTER H. RICE
County, Ohio,    :

    Defendant.    :

---

ENTRY SETTING IN-CHAMBERS CONFERENCE TO DISCUSS
FURTHER PROCEEDINGS IN THE CAPTIONED CAUSE

---

Having not met since the chambers conference held January 17, 2019, and, further, the Report of the Justice Committee for the Montgomery County Jail having been delivered to the Montgomery County Commissioners on February 26, 2019, and, by this date, fully digested by all concerned (hopefully), this Court sets an in-person conference room status conference for Thursday, June 20, 2019, at 4:00 p.m. During said conference, the Court will invite Montgomery County Administrator, Michael Colbert, to update those in attendance as to steps the County is taking with regard to the Montgomery County Jail, whether as a result of the above-referenced Report, or otherwise. Judging from the last time that Mr. Colbert appeared before our group, I am certain that he would be responsive to any questions asked by any one of us in attendance.[1]

---

[1] Since the dictation of this Entry, the Sheriff and the Montgomery County Commissioners have announced some very important news reference the jail. See, *Dayton Daily News* (front page), April 24, 2019.

This in-person status conference is being set far enough in advance that all concerned might be able to clear their schedules in order to be able to attend what the undersigned feels will be a very important discussion.

Plaintiff's attorney, Reem Subei, being located in Toledo, is given the option by the Court to attend either in person or by telephone conference call. The Court would request Ms. Subei to advise as to her preference, not later than Monday, June 17, 2019.

April 24, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Michael Colbert, Montgomery County Administrator, 451 W Third St, Dayton, OH 45422
John Theobald, Commission Assistant, 451 W. Third Street, 11th Floor, P.O. Box 972,
   Dayton, OH 45422-1110