IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NICHOLAS ALSTON, *et al.*,

    Plaintiffs,

v.

ROBERT STRECK, SHERIFF OF
MONTGOMERY COUNTY, OHIO,

    Defendant.

Case No. 3:18-cv-247

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING PLAINTIFFS' UNOPPOSED
MOTION FOR VOLUNTARY DISMISSAL (DOC. #67); DISMISSING
PLAINTIFFS' CLAIMS WITHOUT PREJUDICE; OVERRULING AS
MOOT PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
(DOC. #22) AND DEFENDANT'S MOTION TO DISMISS COUNTS III
AND IV OF PLAINTIFFS' SECOND AMENDED COMPLAINT, AND TO
DISMISS THE CLAIMS FOR INJUNCTIVE RELIEF FILED BY THE
PLAINTIFFS WHO HAVE BEEN RELEASED FROM JAIL (DOC. #41);
JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST
PLAINTIFFS; OFFER OF MONTGOMERY COUNTY
ADMINISTRATOR; PLANS OF COURT WITH REFERENCE THERETO;
TERMINATION ENTRY

---

This matter is currently before the Court on Plaintiffs' Motion for Voluntary Dismissal, Doc. #67. Pursuant to Fed. R. Civ. P. 42(a)(2), the Court SUSTAINS Plaintiffs' unopposed motion and DISMISSES Plaintiffs' claims WITHOUT PREJUDICE.

The Court OVERRULES AS MOOT Plaintiffs' Motion for Preliminary Injunction (Doc. #22), and Defendant's Motion to Dismiss Counts III and IV of

Plaintiffs' Second Amended Complaint, and to Dismiss the Claims for Injunctive Relief Filed by the Plaintiffs Who Have Been Released from Jail (Doc. #41).

Montgomery County Commissioner Michael Colbert has graciously agreed to meet with all counsel, Plaintiffs' and Defendant's, at four-month intervals, to brief all on plans and progress on issues involved with the Montgomery County Jail. Counsel should expect to be contacted by the Court, shortly after the new year, to set up such a briefing at the end of January 2020.

Judgment shall be entered in favor of Defendant and against Plaintiffs.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: September 23, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE