# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Nicholas Alston, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:18-CV-247 |
| Sheriff Phil Plummer ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of Defendant and against Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for voluntary dismissal.

Date: 9/23/2019

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk